# In the United States Court of Federal Claims

No. 16-829

Filed: November 16, 2016

******************************************

|  |  |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| VERIZON DEUTSCHLAND GMBH, | * |
| Defendant-Intervenor. | * |

******************************************

## ORDER

By close of business on November 21, 2016, the Government will provide the court with the name and contact information of the Contracting Officer assigned to Circuit Demand IQO Contract, No. HC1021-16-M-0012, as well as the names and contact information for all military or civilian personnel involved in the decision to allow commencement of performance prior to December 1, 2016.

The Government also will provide all documents that reflect the decision to allow commencement of performance prior to December 1, 2016.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**